USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

*United States of America*

                    Plaintiff(s),

          - against -

*All Right, Title, etc.*

                    Defendant(s).

-----------------------------------------------------------x

08   Civ. 9192 (PKC)

ORDER FOLLOWING PRETRIAL
CONFERENCE

As result of a pretrial conference held before the Court today, the following is ORDERED:

*A settlement is imminent; papers are being drafted.*

1. By _____,201_, _____ shall _____

_____.

2. By _____,201_, _____ shall _____

_____.

3. By _____,201_, _____ shall _____

_____.

4.

5.

6. The next Case Management Conference [the Final Pretrial Conference] will be held on April 9, 2010 at 9:00 am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

2-19-10